# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Senior Airman CHASANEYA K. JONES
### United States Air Force

### ACM S32333

### 23 June 2016

Sentence adjudged 1 May 2015 by SPCM convened at Edwards Air Force Base, California.  Military Judge:  Brendon K. Tukey.

Approved Sentence:  Bad-conduct discharge and reduction to E-1.

Appellate Counsel for the Appellant:  Captain Patricia Encarnación Miranda.

Appellate Counsel for the United States:  Gerald R. Bruce, Esquire.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*]  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court

---

[*] There are two errors in the staff judge advocate's recommendation.  First, it states the maximum allowable punishment included total forfeitures of pay instead of the Special Court-Martial jurisdictional limit of two-thirds pay per month.  Additionally, it erroneously lists the date the Convening Authority denied Appellant's request for deferment of the reduction in rank as 8 May 2015, but the denial is actually dated 11 May 2015.  Because there were no forfeitures adjudged or approved, there is no requirement for new post-trial processing.